1    **JS-6**

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   JAMES RUTHERFORD, an              Case  No.: ED CV 20-130-DMG (SPx)
12   individual,

13        Plaintiff,                   **ORDER RE DISMISSAL OF ACTION
                                       WITH PREJUDICE [44]**
14
     v.
15
16   SUPREME BRIGHT, LLC, a
     Texas limited liability company;
17   MJR MANAGEMENT LLC, an
     Oklahoma limited liability
18   company; BAYWOOD SB, LLC,
     a Florida limited liability
19   company; REKHA
     HOSPITALITY, LLC., a
20   California limited liability
21   company; and DOES 1-10
     inclusive,
22
23        Defendants**.**
24
25
26
27
28
                                       1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Supreme Bright, LLC, MJR Management LLC, Baywood SB, LLC and Rekha Hospitality, LLC ("Defendants"), the Court hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  October 30, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE